AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN**     DISTRICT OF     **TEXAS**

**McALLEN DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 20 2014

Clerk of Court

UNITED STATES OF AMERICA
V.
Wilfredo Trejo-Castillo
A089 717 095
AKA: Mauro Wilfredo Castillo-Ramirez

IAE YOB: 1992
Honduras
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-14-0984-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 18, 2014** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

following facts:

Wilfredo Trejo-Castillo was encountered by Border Patrol Agents near Hidalgo, Texas, on May 18, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 18, 2014, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 23, 2013, through Houston, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 16, 2011, the defendant was convicted of Aggravated Assault with Deadly Weapon, and was sentenced to two (2) years confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

OK to file. *[signature]*

Sworn to before me and subscribed in my presence,

*[signature]*
Signature of Complainant

**May 20, 2014**

Eduardo Cortez     Senior Patrol Agent

**Dorina Ramos**, U.S. Magistrate Judge
Name and Title of Judicial Officer

*[signature]*
Signature of Judicial Officer